**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                              No. 4:08CR00054-01 JLH

ANTONIO TOREL PERSON                                                DEFENDANT

## ORDER

Court convened for the jury trial of this matter on Monday, February 1, 2010. Prior to voir dire, the government moved to dismiss Count 3 of the Indictment as to defendant Antonio Torel Person. Without objection the motion is granted, and Count 3 of the Indictment is hereby dismissed.

IT IS SO ORDERED this 1st day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE