# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                         NO. 4:08CR00054-01 JLH

ANTONIO TOREL PERSON                                         DEFENDANT

### ORDER

This matter is hereby rescheduled for trial to a jury to begin at 9:15 a.m. the week of *MONDAY, MARCH 1, 2010*, in Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial time. Revised jury instructions should be electronically submitted to the Court by *February 19, 2010*, in WordPerfect to jlhchambers@ared.uscourts.gov.

IT IS SO ORDERED this 3rd day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE