### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                          No. 4:08CR00054-01 JLH

ANTONIO TOREL PERSON

### ORDER

Antonio Torel Person has filed a petition under 28 U.S.C. § 2255 for relief from his conviction for conspiracy to interfere with commerce by robbery and brandishing a firearm during a crime of violence. The United States must file a response within thirty days from the entry of this Order. Person's reply will be due within fourteen days after the United States files its response.

IT IS SO ORDERED this 5th day of November, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE